UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 23-24620-CIV-MORENO**

SINDURA JASTHI,

        Plaintiff,

   v.

US ATTORNEY GENERAL, MERRICK
GARLAND, *et al.*,

        Defendants.

_____/

### <u>DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE</u>

The certificate of service filed by Plaintiff on January 19, 2024 reflected only service on the respective agencies and officers. *See* ECF No. 9 at 4-6. Following communication between the parties, Plaintiff completed service on Defendants on February 16, 2024, when the complaint and summons were served on the US Attorney's Office. The parties are working to resolve the issues pending before the Court. Accordingly, Defendants respectfully request—with the agreement of Plaintiff—a 45-day extension to respond to the complaint from April 16, 2024 through May 31, 2024.

Federal Rule of Civil Procedure 4(i) sets forth the requirements for service of process on the United States, its agencies, and officers. These requirements are obligatory and failure to comply defeats proper service and prevents the Court from acquiring jurisdiction over federal defendants. *See Marcus v. Postmaster Gen., U.S. Postal Serv. Se. Area*, 461 F. App'x 820, 822-823 (11th Cir. 2011). Furthermore, "a defendant's actual notice is not sufficient to cure defectively executed service." *Albra v. Advan, Inc.*, 490 F.3d 826, 829 (11th Cir. 2007). Under Rule 4(i)(2), to serve a United States officer or employee in an official capacity, "a

party must serve the United States and also send a copy of the summons and of the

complaint by registered or certified mail to the agency, corporation, officer, or employee."

To serve the United States, the plaintiff must serve the:

> (1) United States Attorney: by either (a) personally delivering the summons and complaint to the United States' Attorney for the judicial district in which the action is brought, or his designee, or (b) sending the summons and complaint by registered or certified mail to the civil process clerk at the office of the United States Attorney; and

> (2) Attorney General: By also sending a copy of the summons and complaint by registered or certified mail to the United States Attorney General in Washington, D.C.

> *See* Fed. R. Civ. P. 4(i)(1).

Plaintiff completed service on Defendants when she properly served the United

States Attorney's Office on February 16, 2024 by certified mailing of the complaint and

summons.  Accordingly, Defendants' original response deadline was April 16, 2024.

Defendants submit that the foregoing demonstrates good cause and that the Court should

not enter default.  To facilitate the resolution of this matter and minimize the use of judicial

and the parties' resources, Defendants respectfully request an extension through May 31,

2024.

<div style="margin-left:40%">

Respectfully submitted,
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:    *Christopher Cheek*
       CHRISTOPHER CHEEK
       Assistant United States Attorney
       Florida Bar No. 91363
       Christopher.Cheek@usdoj.gov
       99 N.E. 4th Street, Miami, Florida 33132
       Telephone: (305) 961-9453

</div>

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on April 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

<div align="center">

*<u>Christopher Cheek</u>*
CHRISTOPHER CHEEK, AUSA

</div>