UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 23-24620-CIV-MORENO**

SINDURA JASTHI,

    Plaintiff,

v.

US ATTORNEY GENERAL, MERRICK GARLAND, *et al.*,

    Defendants.

_____/

### **(PROPOSED) ORDER GRANTING EXTENSION**

THIS CAUSE came before the Court upon the Defendants' response to the Court's Order. ECF No. 11.

THE COURT has considered the pertinent portions of the record, found no cause for entry of default, and noted the agreement of the parties concerning Defendants' request for a 45-day extension to respond to the Complaint. Therefore, it is

ADJUDGED that Defendants shall file a response to the Complaint no later than **May 31, 2024**.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of April, 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record