UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 23-24620-CIV-MORENO**

SINDURA JASTHI,

      Plaintiff,

v.

US ATTORNEY GENERAL, MERRICK GARLAND, *et al.*,

      Defendants.

_____/

## **JOINT STIPULATION OF DISMISSAL**

The Plaintiff, Sindura Jasthi, and the Defendants, Attorney General Merrick Garland, *et. al.*, by and through their under-signed counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal, without prejudice, of this entire action. Each party is to bear its own costs and fees, and no attorneys' fees or costs under the Equal Access to Justice Act, or any other provision of law, will be sought in the above captioned matter.

|  |  |
|---|---|
| *William J. Sanchez (with permission)*<br>WILLIAM J. SANCHEZ, ESQUIRE<br>WILLIAM J. SANCHEZ, P.A.<br>13590 S.W. 134TH AVENUE<br>SUITE 209<br>MIAMI, FLORIDA 33186<br>(305)232-8889 OFFICE<br>(305)503-5458 FACSIMILIE<br>WWW.WSANCHEZLAW.COM<br>Counsel for Plaintiff | **Respectfully submitted,**<br>**MARKENZY LAPOINTE**<br>**UNITED STATES ATTORNEY**<br><br>*Christopher Cheek*<br>CHRISTOPHER CHEEK<br>Assistant United States Attorney<br>Florida Bar No. 91363<br>Christopher.Cheek@usdoj.gov<br>99 N.E. 4th Street, Miami, Florida 33132<br>Telephone: (305) 961-9453<br>Counsel for Defendants |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*Christopher Cheek*
CHRISTOPHER CHEEK, AUSA